IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKELANN REED,<br><br>                Plaintiff,<br><br>vs.<br><br>KILO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | CV 21-40-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge Timothy Cavan filed Findings and Recommendations on November 10, 2022. (Doc. 19). Judge Cavan recommended that Plaintiff's motion for summary judgment be denied, and the Commissioner's decision be affirmed. (Doc. 19 at 2).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 19) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 14) is DENIED.

DATED this 13th day of December, 2022.

SUSAN P. WATTERS
United States District Judge