UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKELANN REED,<br><br>                Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>                Defendant. | Case No. CV-21-40 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Defendant Kilolo Kijakazi and against Plaintiff Mikelann Reed as stated in the Courts Order E.C.F. 20.

    Dated this 6th day of January, 2023.

                            TYLER P. GILMAN, CLERK

                            By: /s/ E.Hamnes
                            E.Hamnes , Deputy Clerk